IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UCASHA UPSHAW, : <br> : <br> Plaintiff, : <br> : Case No. 4:21-cv-00126-CDL-MSH <br> v. : <br> : <br> LARRY MITCHELL, *et al.*, : <br> : Proceedings Under 42 U.S.C. §1983 <br> Defendants. : Before the U. S. Magistrate Judge <br> : | |

## DISMISSAL ORDER

*Pro se* Plaintiff Ucasha Upshaw, an inmate in the Muscogee County Jail in Columbus, Georgia, filed a 42 U.S.C. § 1983 civil rights claim.  ECF No. 1.  Plaintiff did not pay the $402.00 filing fee or submit a motion to proceed *in forma pauperis*.

On August 5, 2021, Plaintiff was ordered to either submit a motion to proceed *in forma pauperis* or pay the full filing fee.  ECF No. 4.  Plaintiff was given fourteen (14) days to respond and was informed that failure to comply would result in dismissal of his action.  *Id*.  Plaintiff did not respond

Therefore, on August 26, 2021, Plaintiff was ordered to show cause why his action should not be dismissed for failure to comply with this Court's order.  ECF No. 6.  The Court unambiguously informed Plaintiff that his action would be dismissed if he again failed to comply.  *Id*.  Plaintiff was given fourteen (14) days to respond and he has failed to do so.

Because Plaintiff has failed to comply with the Court's orders or otherwise

prosecute his case, his complaint is **DISMISSED WITHOUT PREJUDICE**. See Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED,** this 20th day of **September, 2021**.

S/Clay D. Land
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT